UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 01 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR COMPETITIVE POLITICS,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California,<br><br>        Defendant - Appellee. | No. 14-15978<br><br>D.C. No. 2:14-cv-00636-MCE-DAD<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: TASHIMA and PAEZ, Circuit Judges and QUIST,[*] Senior District Judge.

The preliminary injunction granted by this court on January 6, 2015 is hereby VACATED.

---

    [*]    The Honorable Gordon J. Quist, Senior District Judge for the U.S. District Court for the Western District of Michigan, sitting by designation.