Supreme Court of the United States
Office of the Clerk
Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 3, 2015

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re: Center for Competitive Politics
v. Kamala D. Harris, Attorney General of California
No. 15-152
(Your No. 14-15978)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 30, 2015 and placed on the docket August 3, 2015 as No. 15-152.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst