

August 12, 2015

Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

RE: Notice of Filing of a Petition for Writ of *Certiorari* in *Center for Competitive Politics v. Harris*, Case No. 14-15978.

Dear Ms. Dwyer:

    This letter serves as additional notice that Appellants filed a petition for writ of *certiorari* with the U.S. Supreme Court in the above-captioned case on July 30, 2015.

                                          Respectfully submitted,

                                          /s/ Allen Dickerson

| Alan Gura | Allen Dickerson |
|---|---|
| Gura & Possessky, PLLC | Center for Competitive Politics |
| 105 Oronoco St., Ste. 305 | 124 S. West Street, Suite 201 |
| Alexandria, VA 22314 | Alexandria, Virginia 22314 |
| alan@gurapossessky.com | Telephone: 703.894.6800 |
| Telephone: 703.835.9085 | Facsimile: 703.894.6811 |
| | adickerson@campaignfreedom.org |

CC: All counsel of record (via CM/ECF)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2015, I electronically filed the foregoing using the Court's CM/ECF system, accomplishing service on all parties to the case registered through ECF.

Dated: August 12, 2015                               <u>s/Allen Dickerson</u>
                                                     Allen Dickerson