UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 12 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR COMPETITIVE POLITICS,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California,<br><br>   Defendant - Appellee. | No. 14-15978<br><br>D.C. No. 2:14-cv-00636-MCE-DAD<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

The judgment of this Court, entered May 01, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

               FOR THE COURT:
               Molly C. Dwyer
               Clerk of Court

               Rhonda Roberts
               Deputy Clerk